UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-61187-Civ-COOKE/WHITE
(95-06031-CR-COOKE)

CLINTON BURNS, III,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER DENYING WRIT OF ERROR CORAM NOBIS AND CLOSING CASE

Following a de novo review of the record, including the objections filed by Mr. Burns [ECF 8]. I adopt Magistrate Judge White's report and recommendation [ECF 7]. Accordingly, Mr. Burns' [1] motion for writ of error coram nobis is **DENIED.** Any pending motions are **DENIED as moot**, and this case is **CLOSED**.

**DONE and ORDERED** in chambers, at Miami, Florida, this 27th day of September 2017.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Patrick A. White, U.S. Magistrate Judge*
*Clinton Burns, III 30564-004*
*Estill Federal Correctional Institution*
*Inmate Mail/Parcels*
*P.O. Box 699*
*Estill, SC 29918*
*Counsel of Record*